IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHRISTA COOK,

    Plaintiff,

v.                                      No. 11-1020

UGN, INC.,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND AWARDING
ATTORNEY'S FEES AND COSTS
_____

Pursuant to an order of reference, the magistrate judge, on October 31, 2012, entered a report and recommendation recommending that Defendant's counsel be awarded attorney's fees in the amount of $5,861.00 and $989.80 in expenses. To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

Upon review of the report and motion papers, the report and recommendation is hereby ADOPTED in its entirety.

IT IS SO ORDERED this 15th day of November 2012.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE